IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL PAUL RUTLAND, JR., ARAIYA TYRALYN KUUIPO MAHIKOA,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CHILD PROTECTIVE SERVICES, DEBBIE SORIA-ACEBO, NICOLE ENDO,<br><br>        Defendants. | CIV. NO. 25-00378 SASP-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION**

On April 21, 2026, the Magistrate Judge issued "Findings and Recommendation to Dismiss Complaint Without Prejudice" ("Findings and Recommendation"). [ECF No. 21.] The Findings and Recommendation were served on Plaintiffs on April 21, 2026, by First Class Mail to their shared address of record. [*See id.*] Although mail was returned as undeliverable to Plaintiffs, *see* ECF No. 22, the docket reflects that Plaintiff Daniel Paul Rutland, Jr., had presumably received mail at the last known address of record on previous occasions, given that mail previously sent to him was not returned as undeliverable. Moreover, Local Rule 83.1(e) requires self-represented litigants to file with the court and serve on all parties a Notice of Change of Address within fourteen days that specifies the effective date of the change. LR83.1(e)(1). "Failure to comply with this rule may result in sanctions, including but not limited to . . . dismissal of the case . . . when: (a) A document directed to the . . . self-represented litigant by the court has been returned to the court as not deliverable; and (b) The court fails to receive,

within thirty (30) days of this return, a written communication from the . . . self-represented litigant indicating a current address for service." LR83.1(e)(2). To date, Plaintiffs have not provided a Notice of Change of Address. Also, as a courtesy, the Findings and Recommendation were served on Plaintiffs by email to their listed email addresses. [*See* ECF No. 21.] Presently, no objections to the Findings and Recommendation have been filed. Furthermore, as the docket reflects, multiple opportunities were afforded to Plaintiffs to demonstrate proper service of Defendants, but they have failed to comply with court rules and instructions. Consequently,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C), and Local Rule 74.1, the "Findings and Recommendation to Dismiss Complaint Without Prejudice," ECF No. 21, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 15, 2026.



Shanlyn A.S. Park
United States District Judge

---

Daniel Paul Rutland, Jr., et al. v. Child Protective Services, et al.; Civil No. 25-00378 SASP-RT;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION